No. 71–5190.   AVILA ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–5193.   EDWARDS *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 71–5195.   DAPPER *v.* WITT.   C. A. 9th Cir.   Certiorari denied.

No. 71–5196.   WION *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 71–5200.   DINGEE *v.* MARYLAND.   C. A. 4th Cir. Certiorari denied.

No. 71–5201.   TEAGUE *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 71–5202.   RATOW *v.* WASHINGTON.   Ct. App. Wash.   Certiorari denied.

No. 71–5203.   SCHAFFER *v.* SWENSON, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 71–5204.   MARTINEZ *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 71–5205.   WILLIAMS *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 71–5206.   PRADO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 71–5208.   HAWKINS *v.* MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 71–5209.   LEVIN *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.